LYMAN T. JENNY *versus* THE COMMISSIONERS OF HIGHWAYS OF SHELBY TOWNSHIP, MACOMB COUNTY.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Writ of mandamus allowed *p. 36; (2) argued, submitted *p. 55; (3) motion for mandamus overruled *p. 61.

PAPERS IN FILE: (1) Petition for mandamus; (2) writ of mandamus, answer; (3) affidavit of Joseph Stead; (4) sketch of road, etc.

*1824–36 Calendar,* MS p. 228.

EUROTAS P. HASTINGS, LUCIUS LYON, PHINEAS DAVIS, JR., AND ANSON E. HATHON *versus* NEHEMIAH O. SARGEANT AND THE MAYOR, RECORDER, ALDERMEN, AND

FREEMEN OF THE CITY OF DETROIT.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Motion to dissolve injunction, motion for leave to amend *p. 37.

PAPERS IN FILE: [None]

*Chancery Case* .... of ....

JOSEPH W. TORREY *versus* CHARLES C. HASCALL.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Rule to plead, answer, or demur *p. 39; (2) bill taken as confessed, referred to master *p. 57; (3) master's report confirmed, decree *p. 58.

PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) stipulation for continuance, etc.; (4) motion for rule to plead, etc.; (5) master's report of amount due; (6) decree signed by two of the judges.

*Chancery Case* 161 of 1832.

FREDERICK HOUSE *versus* JEREMIAH MARVIN.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Motion to set aside subpoena and to set aside rule to plead, answer, or demur *p. 47; (2) subpoena quashed, rule set aside *p. 58; (3) leave given to withdraw bill *p. 61.

PAPERS IN FILE: [None]

*Chancery Case* .... of ....

JOHN W. HUNTER, MORGAN L. HUNT, AND SULLIVAN HOLLMAN *versus* ZEBA RICE.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Bill taken as confessed, injunction made perpetual *p. 49.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) motion to take bill as confessed; (5) precipe for execution for costs; (6) writ of fi. fa. for costs, return.

*Chancery Case* 165 of 1833.